```
                    UNITED STATES BANKRUPTCY COURT
                       Western District of Missouri
```

In re:                          )
                                )
Ronald Hammond,                 )
              Debtor,           )
                                ) Case No. 13-44668
                                )
                                ) Chapter 13

## DEBTOR'S AMENDMENT TO CHAPTER 13 PLAN

Comes Now Debtor, Ronald Hammond, by and through his attorney of record, Jason C. Amerine, and amends his Chapter 13 Plan to reflect the following:

1. That Debtor's Chapter 13 Plan is amended to a LAP plan of $12,090.00.

2. That all other provisions of Debtor's Chapter 13 Plan are to remain the same.

                                Respectfully Submitted,

                                Castle Law Office of Kansas City

                                By: /s/Jason C. Amerine
                                Jason C. Amerine #50857
                                811 Grand Blvd.
                                Suite 101
                                Kansas City, MO 64106
                                P: 816-842-6200
                                F: 816-421-5403

## Certificate of Service

The undersigned hereby certifies that a true and accurate copy of the foregoing Amendment to Chapter 13 Plan was served first-class mail, postage prepaid, or via electronic filing on the following parties and the attached Matrix this February 3, 2014.

                                        /s/Jason C. Amerine
                                        Jason C. Amerine #50857


Mr. Richard V. Fink
Chapter 13 Trustee
818 Grand Blvd. Ste. 800
Kansas City, MO 64106

B&L Bank
PO Box 190
Lexington MO 64067

BSG Financial LLC
c/o Collection Bureau Medical
PO Box 4127
Fort Walton Beach FL 32549

Burt Harriman
PO Box 309 1101 Main Street
Lexington MO 64067

Capital One Visa
PO Box 6492
Carol Stream IL 60197

Clark Tire Warehouse
PO Box 34
Versailles MO 65084

Discover
PO Box 6103
Carol Stream IL 60197

GE Money Bank
PO Box 960061
Orlando FL 32896

Home Depot
PO Box 182676
Columbus OH 43218

HSBC
PO Box 5219
Carol Stream IL 60197

Lester Homfeld
16615 Hwy 213
Higginsville MO 64037

Mark Goodwin
119 W Main St
Richmond MO 64085

MDOR
Bankruptcy Unit
PO Box 475
Jefferson City MO 65105

Ozark Automotive Distributors Inc
PO Box 790098
Saint Louis MO 63179

Stearns Bank
PO Box 750
Albany MN 56307