UNITED STATES BANKRUPTCY COURT
Western District of Missouri

In re:                          )
                                )
Ronald Hammond,                 )
                Debtor,         )
                                ) Case No. 13-44668
                                )
                                ) Chapter 13


## DEBTOR'S AMENDMENT TO CHAPTER 13 PLAN

Comes Now Debtor, Ronald Hammond, by and through his attorney of record, Jason C. Amerine, and amends his Chapter 13 Plan to reflect the following:

1.  That Debtor's Chapter 13 Plan is amended to a LAP plan of $15,776.47.

2.  That all other provisions of Debtor's Chapter 13 Plan are to remain the same.

                         Respectfully Submitted,


                         Castle Law Office of Kansas City

                         By: /s/Jason C. Amerine
                         Jason C. Amerine #50857
                         811 Grand Blvd.
                         Suite 101
                         Kansas City, MO 64106
                         P:  816-842-6200
                         F:  816-421-5403


## Certificate of Service

The undersigned hereby certifies that a true and accurate copy of the foregoing Amendment to Chapter 13 Plan was served first-class mail, postage prepaid, or via electronic filing on the following parties this February 20, 2014.

                         /s/Jason C. Amerine

Jason C. Amerine #50857

Mr. Richard V. Fink
Chapter 13 Trustee
818 Grand Blvd. Ste. 800
Kansas City, MO 64106