UNITED STATES BANKRUPTCY COURT
Western District of Missouri

| | |
|---|---|
| In re: | ) |
| | ) |
| Ronald Hammond, | ) |
|     Debtor, | ) |
| | ) Case No. 13-44668 |
| | ) |
| | ) Chapter 13 |

### DEBTOR'S AMENDMENT TO CHAPTER 13 PLAN

Comes Now Debtor, Ronald Hammond, by and through his attorney of record, Jason C. Amerine, and amends his Chapter 13 Plan to reflect the following:

1. That Debtor's Chapter 13 Plan is amended to a LAP plan of $15,776.47.
2. That Debtor's plan payment shall increase to $2,790.00.
3. That all other provisions of Debtor's Chapter 13 Plan are to remain the same.

Respectfully Submitted,

Castle Law Office of Kansas City

By: /s/Jason C. Amerine
Jason C. Amerine #50857
811 Grand Blvd.
Suite 101
Kansas City, MO 64106
P: 816-842-6200
F: 816-421-5403

### Certificate of Service

The undersigned hereby certifies that a true and accurate copy of the foregoing Amendment to Chapter 13 Plan was served first-class mail, postage prepaid, or via electronic filing on the following parties this April 10, 2014.

/s/Jason C. Amerine
Jason C. Amerine #50857

Mr. Richard V. Fink
Chapter 13 Trustee
818 Grand Blvd. Ste. 800
Kansas City, MO 64106