UNITED STATES BANKRUPTCY COURT
Western District of Missouri

In re:                          )
                                )
Ronald Hammond,                 )
                 Debtor,        )
                                )   Case No. 13-44668
                                )
                                )   Chapter 13


**<u>DEBTOR'S AMENDMENT TO CHAPTER 13 PLAN</u>**

Comes Now Debtor, Ronald Hammond, by and through his attorney of record, Jason C. Amerine, and amends his Chapter 13 Plan to reflect the following:

1.  That Debtor's Chapter 13 Plan payments shall increase to $3,100.00/month, starting in July 2015.

2.  That all other provisions of Debtor's Chapter 13 Plan are to remain the same.

                    Respectfully Submitted,


                    Castle Law Office of Kansas City


                    By: /s/Jason C. Amerine_____
                    Jason C. Amerine #50857
                    811 Grand Blvd.
                    Suite 101
                    Kansas City, MO 64106
                    P:  816-842-6200
                    F:  816-421-5403

## **Certificate of Service**

The undersigned hereby certifies that a true and accurate copy of the foregoing Amendment to Chapter 13 Plan was served first-class mail, postage prepaid, or via electronic filing on the following parties this June 8, 2015.


/s/Jason C. Amerine
Jason C. Amerine #50857


Mr. Richard V. Fink
Chapter 13 Trustee
2345 Grand Blvd., Suite 1200
Kansas City, MO 64108